1050

[No. 47036-5-II.   Division Two.   May 10, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. WARREN CARLOS MABRY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-00818-0, Robert A. Lewis, J., entered December 12, 2014. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.

[No. 47161-2-II.   Division Two.   May 10, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ROSS CONRAD CRANOR, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 13-1-00287-6, Toni A. Sheldon, J., entered January 5, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson and Sutton, JJ.

[No. 47183-3-II.   Division Two.   May 10, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LEO LAVERN RUBEDEW, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-01876-6, Garold E. Johnson, J., entered January 23, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 47265-1-II.   Division Two.   May 10, 2016.]

IOAN A. PAUNESCU ET AL., *Appellants*, v. GERHARD H. ECKERT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-2-01830-8, Suzan L. Clark, J., entered January 30, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Melnick, J.